IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JASON'S PORT CITY HEALTH CLUB, INC.,** ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | CIVIL ACTION 05-0206-WS-C |
| **HARTFORD FIRE INSURANCE CO., et al.,** ) ) ) | |
| **Defendants.** ) | |

**ORDER**

This matter is before the Court on the plaintiff's motion for leave to file a first amended complaint. (Doc. 14). Defendant Hartford Fire Insurance Co. ("Hartford") responds that it has no procedural objection to the plaintiff's motion but that the proposed claim for bad faith both fails to state a claim on which relief can be granted and fails to allege fraud with particularity. (Doc. 16). Because Hartford neither requests that leave to amend be denied nor invokes the futility doctrine,[1] the plaintiff's motion is **granted**, without prejudice to Hartford's ability to file an appropriate motion, including without limitation motions under Federal Rules of Civil Procedure 9(b) and 12(b)(6).

The plaintiff did not submit with its motion a proposed amended complaint but only an amendment to the complaint, beginning with paragraph 23. (Doc. 14 Attachment). The Court does not recognize partial pleadings. The plaintiff is **ordered** to file and serve a complete amended complaint on or before **May 23, 2005**.

DONE and ORDERED this 17th day of May, 2005.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE

---

[1] "[A] district court may properly deny leave to amend the complaint under Rule 15(a) when such amendment would be futile," as when "the complaint as amended is still subject to dismissal." *Hall v. United Insurance Co. of America*, 367 F.3d 1255, 1262-63 (11th Cir. 2004)(internal quotes omitted).